DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAUDE SAINT-LOUIS** and **LINDA SAINT-LOUIS,**
Appellants,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE CORPORATION,**
Appellee.

No. 4D2023-0082

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Speiser, Judge; L.T. Case No. CACE20-021797.

Pierre A. Louis and Alibia N. White of Louis Law Group, PLLC, Miami, for appellants.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***